IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRYSTAL GAITAN, | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00418-FB |
| vs. | § § § | |
| C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED, | § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings pursuant to Western District of Texas Local Rule CV-72 and Appendix C [#13]. On May 12, 2021, the Court received the parties' Notice of Settlement and Joint Motion to Stay Case [#28], informing the Court that they have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit. The filing also asks the Court to continue all deadlines and hearings and to stay the case for 90 days as the parties negotiate the settlement documents and finalize the settlement. The Court will grant the motion.

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay Case [#28] is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings, including discovery and all pretrial deadlines, are **STAYED** for **90 days** pending Plaintiff's dismissal of this suit.

**IT IS FURTHER ORDERED** that any hearings or settings are hereby **VACATED**.

**IT IS FINALLY ORDERED** that if a dismissal has not been filed at the end of 90 days, the parties shall file a joint status report regarding the status of settlement.

**IT IS SO ORDERED.**

SIGNED this 13th day of May, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE